UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDRE AREL,<br><br>　　　　　　Defendant. | Case No. 13-cr-00539-SI-1; 13-cr-0270-SI-1<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(1)(A)**<br><br>Re: Dkt. No. 42 |

Before the Court is defendant Andre Arel's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A). Dkt. No. 42. The Court held a hearing on defendant's motion on March 5, 2021.

It is hereby ordered that Andre Arel's sentence on each above captioned case is reduced to time served. Mr. Arel is hereby placed on supervised release for a term of 8 years, subject to all the terms and conditions of the original judgment, with the following additional condition: You shall participate in the Location Monitoring Program as directed by the probation officer for a period of four (4) years and be monitored at the discretion of the probation officer. Location monitoring shall be used to verify your compliance with home detention while on the program. You are restricted to the residence of your sister, Andrea Arel, at all times except for employment, education, religious services, medical appointments, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pe-approved by the probation officer. (You must pay all or part of the costs of the program based upon your ability to pay as determined by the probation office or Location Monitoring fees are waived.)

**IT IS SO ORDERED**.

Dated: March 5, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge